908

No. 85–6862. CAMACHO v. RITZ-CARLTON WATER TOWER ET AL. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85–6914. DE ROSA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85–6962. GEORGALIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85–6967. CABLE v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. ▮▮▮▮▮▮

No. 85–6971. EBERWINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85–6984. CASTANEDA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–6985. TANNOUS v. UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85–6989. GIAQUINTO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 85–6995. MEANS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 84–1907. KAISER ALUMINUM & CHEMICAL CORP. ET AL. v. BONJORNO ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ▮▮▮▮▮▮

No. 85–6871. BRANTLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ▮▮▮

No. 85–1579. BOGGILD ET AL. v. KENNER PRODUCTS, A DIVISION OF CPG PRODUCTS CORP. C. A. 6th Cir. Motion of American Intellectual Property Law Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▮▮▮▮▮▮

No. 85–1653. BALISTRIERI ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari limited to Question II presented by the petition. ▮▮▮▮